1  STIP
   NICHOLAS B. SALERNO, ESQ.
2  California Bar No. 167840
   **LINCOLN, GUSTAFSON & CERCOS**
3  225 Broadway, Suite 2000
   San Diego, CA 92101
4  (702) 257-1997
   (702) 257-2203 fax
5
   Attorneys for GRANITE SILVER DEVELOPMENT PARTNERS, LP; FC-SILVER
6  CANYON, INC.,; AMERICAN NEVADA SEVEN HILLS LIMITED PARTNERSHIP; SS
   SEVEN HILLS, INC.,; SILVER CANYON PARTNERSHIP
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PEERLESS INSURANCE COMPANY, GOLDEN EAGLE INSURANCE COMPANY, | CASE NO: CV10-5339 |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE TELEPHONICALLY** |
| INTEX FORMS, INC., a California Corporation; GRANITE SILVER DEVELOPMENT PARTNERS, L.P., a Delaware Limited Partnership; FC-SILVER CANYON, INC., an Ohio Corporation; AMERICAN NEVADA SEVEN HILLS LIMITED PARTNERSHIP, a Nevada Limited Partnership; SS SEVEN HILLS, INC., a Nevada Corporation; SILVER CANYON PARTNERSHIP, a Nevada Limited Partnership, | HEARING DATE: 4/01/11<br>HEARING TIME: 10:30 a.m. |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, PEERLESS INSURANCE COMPANY, GOLDEN EAGLE INSURANCE COMPANY and GRANITE SILVER DEVELOPMENT PARTNERS, LP; FC-SILVER CANYON, INC.,; AMERICAN NEVADA SEVEN HILLS LIMITED PARTNERSHIP; SS SEVEN HILLS, INC.,; SILVER CANYON PARTNERSHIP that all parties may appear

-1-

1 telephonically for the Initial Case Management Conference scheduled
2 for April 1, 2011 at 10:30 a.m.
3 DATED: 3/25/11                              DATED: 3/25/11
4
  LEWIS BRISBOIS BISGAARD                     LINCOLN, GUSTAFSON & CERCOS
5 & SMITH LLP

6                                             /s/ Nicholas Salerno

7 _____                    _____
  JAY E. FRAMSON, ESQ.                        NICHOLAS B. SALERNO, ESQ.
8 California Bar No. 161931                   California Bar No. 167840
  One Sansome Street                          2300 West Sahara Avenue
9 Suite 1400                                  Suite 300 Box 2
10 San Francisco, California 94104            Las Vegas, Nevada 89102
   Attorney for PEERLESS INSURANCE            Attorney for GRANITE SILVER
11 COMPANY, GOLDEN EAGLE INSURANCE            DEVELOPMENT PARTNERS, LP; FC-
   COMPANY                                    SILVER CANYON, INC.,; AMERICAN
12                                            NEVADA SEVEN HILLS LIMITED
                                              PARTNERSHIP; SS SEVEN HILLS,
13                                            INC.,; SILVER CANYON PARTNERSHIP

14 c:\docume~1\framson\locals~1\temp\xpgrpwise\20110322 stip to attend telephonically.docx

-2-

```
 1 | ORDER
   | NICHOLAS B. SALERNO, ESQ.
 2 | California Bar No. 167840
   | LINCOLN, GUSTAFSON & CERCOS
 3 | 225 Broadway, Suite 2000
   | San Diego, CA 92101
 4 | (702) 257-1997
   | (702) 257-2203 fax
 5 |
   | Attorneys for GRANITE SILVER DEVELOPMENT PARTNERS, LP; FC-SILVER
 6 | CANYON, INC.,; AMERICAN NEVADA SEVEN HILLS LIMITED PARTNERSHIP; SS
   | SEVEN HILLS, INC.,; SILVER CANYON PARTNERSHIP
 7 |
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEERLESS INSURANCE COMPANY, GOLDEN EAGLE INSURANCE COMPANY, | CASE NO: CV10-5339 |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE TELEPHONICALLY; CONTINUING CONFERENCE |
| INTEX FORMS, INC., a California Corporation; GRANITE SILVER DEVELOPMENT PARTNERS, L.P.., a Delaware Limited Partnership; FC-SILVER CANYON, INC., an Ohio Corporation; AMERICAN NEVADA SEVEN HILLS LIMITED PARTNERSHIP, a Nevada Limited Partnership; SS SEVEN HILLS, INC., a Nevada Corporation; SILVER CANYON PARTNERSHIP, a Nevada Limited Partnership, | HEARING DATE: 4/01/11<br>HEARING TIME: 10:30 a.m. |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, PEERLESS INSURANCE COMPANY, GOLDEN EAGLE INSURANCE COMPANY and GRANITE SILVER DEVELOPMENT PARTNERS, LP; FC-SILVER CANYON, INC.,; AMERICAN NEVADA SEVEN HILLS LIMITED PARTNERSHIP; SS SEVEN HILLS, INC.,; SILVER CANYON PARTNERSHIP that all parties may appear

1 telephonically for the Initial Case Management Conference ~~scheduled~~
2 ~~for April 1, 2011 at 10:30 a.m.~~ In addition, in light of defendants' pending motion to dismiss, the Court hereby CONTINUES the Case Management Conference from April 1 to April 15, 2011, at 10:30 a.m.
3 IT IS SO ORDERED.
4 Dated this __28__ day of March, 2011.

_/s/ Maxine M. Chesney_
SENIOR JUDGE CHESNEY

8 Submitted By:

9 **LINCOLN, GUSTAFSON & CERCOS**

/s/ Nicholas Salerno

12 **NICHOLAS B. SALERNO, ESQ.**
California Bar No. 167840
13 2300 West Sahara Avenue
Suite 300 Box 2
14 Las Vegas, Nevada 89102
Attorney for GRANITE SILVER DEVELOPMENT
15 PARTNERS, LP; FC-SILVER CANYON, INC.,;
16 AMERICAN NEVADA SEVEN HILLS LIMITED PARTNERSHIP;
SS SEVEN HILLS, INC.,; SILVER CANYON
17 PARTNERSHIP

18 v:\p-t\sevenhills_anc\peerless_scp\pleadings\20110323 proposed order jmb.docx