IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEERLESS INSURANCE COMPANY;<br>GOLDEN EAGLE INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>  v.<br><br>INTEX FORMS, INC., et al.,<br><br>        Defendants.<br>_____/ | No. CV-10-5339 MMC<br><br>**JUDGMENT IN A CIVIL CASE** |

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** SCP's motion to dismiss is hereby GRANTED, and the above-titled action is hereby DISMISSED in its entirety.

Dated: March 31, 2011                                          Richard W. Wieking, Clerk

                                                                        By: Tracy Lucero<br>
                                                                        Deputy Clerk